Robert Christopher Sigler, U.S. Attorney's Office, Omaha, NE, for Appellee.

Jerry M. Hug, Omaha, NE, for Appellant.

Rashawn Chambers, Leavenworth, KS, pro se.

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Rashawn Chambers pleaded guilty under Federal Rule of Criminal Procedure 11(c)(1)(C) to conspiring to distribute 50 grams or more of cocaine base, in violation of 21 U.S.C. § 846, and the district court[1] sentenced him to 120 months in prison and 5 years of supervised release. On appeal, his counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Counsel's sole argument is that the district court should have sentenced Chambers to less than 120 months in prison. However, Chambers cannot challenge this sentence because he expressly agreed to it as part of his plea agreement. *See United States v. Reyes–Contreras*, 349 F.3d 524, 525 (8th Cir.2003) (per curiam); *United States v. Nguyen*, 46 F.3d 781, 783 (8th Cir.1995). Moreover, 120 months in prison is the statutory minimum for the offense. *See* 21 U.S.C. § 841(b)(1)(A)(iii).

Having reviewed the record independently pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that there are no non-frivolous issues for appeal. Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

**Ronald D. CLARK, Appellant,**

v.

**FRANCIS HOWELL SCHOOL DISTRICT, Appellee.**

No. 05–1001.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 6, 2005.

Decided: Oct. 20, 2005.

Ronald D. Clark, O'Fallon, MO, pro se.

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Ronald D. Clark appeals the district court's[1] dismissal of his employment-discrimination action on res judicata grounds. Upon careful review of the record, we conclude that the dismissal was proper, for the reasons explained by the district court.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

Accordingly, we affirm. *See* 8th Cir. R. 47B.